FILED

02/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

FILED

FEB 13 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

Honorable Tara Elliott, judge of the Fourth Judicial District of the State of Montana, has requested the assistance of retired District Judge Robert L. Dechamps III to assume jurisdiction of Missoula County Cause Nos. DG-23-27, *Matter of the Williams Family Legacy Trusts*; DV-23-1237, *The George Lavern Barnes Trust v. Antony Wayne Barnes, et al.*; DG-23-122, *In the Matter of George Lavern Barnes Living Trust*; DR-21-547, *Michael Joseph Prosa and Martika Marie Prosa*; and Cascade County Cause No. DR-23-465, *Stephanie M. Cordeiro v. Steven R. Cordeiro*.

Judge Deschamps has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103, MCA, has advised that he is agreeable to assisting the Fourth Judicial District Court with the above-listed matters.

IT IS HEREBY ORDERED:

1. The Honorable Robert L. Deschamps III, retired District Judge, is hereby called to active service in the District Court of the Fourth Judicial District of the State of Montana, to assume judicial authority of Missoula County Cause Nos. DG-23-27, *Matter of the Williams Family Legacy Trusts*; DV-23-1237, *The George Lavern Barnes Trust v. Antony Wayne Barnes, et al.*; DG-23-122, *In the Matter of George Lavern Barnes Living Trust*; DR-21-547, *Michael Joseph Prosa and Martika Marie Prosa*; and Cascade County Cause No. DR-7-23-465, *Stephanie M. Cordeiro v. Steven R. Cordeiro*, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matters.

2. For all active service, Judge Deschamps shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. This Order is effective through July 30, 2025.

4. A copy of this Order shall be filed with the Clerks of Court of Missoula County and Cascade County, with the request that this Order be sent to all counsel of record in the above-listed matters.

5. A copy of this Order shall also be furnished to Judge Elliott, Judge Robert L. Deschamps III, and to Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 13 day of February, 2025.

_____
Chief Justice